DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RENGIN GUNDOGDU,**
Appellant,

v.

**FORT LAUDERDALE 310, LLC,** and
**WDF-4 WOOD HARBOR PARK OWNER, LLC,**
Appellees.

No. 4D2023-2687

[June 27, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan Frink, Judge; L.T. Case No. CACE 23-16867.

Rengin Gundogdu, Fort Lauderdale, pro se.

Hinda Klein and Jesse Dyer of Conroy Simberg, Hollywood, for appellee Fort Lauderdale, 310, LLC.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***